IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


ALLISON KEAY                                                                PLAINTIFF

vs.                                    CASE NO. 12-5031

CHAD PASCHALL, M.D.;
MEDICAL ASSOCIATES OF NORTHWEST ARKANSAS, P.A.
d/b/a FAYETTEVILLE DIAGNOSTIC CLINIC, LTD., and
NORTH HILLS GASTROENTEROLOGY
ENDOSCOPY CENTER, INC.                                                     DEFENDANTS

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff desires to dismiss her cause of action without prejudice as to all defendants, pursuant to Federal Rule of Civil Procedure 41(a).  The defendants have no objection to the dismissal without prejudice.  All parties have agreed to this stipulated dismissal without prejudice, and request that an Order of Dismissal Without Prejudice be entered in this matter as to all claims of the plaintiff.

Dated August 29, 2012.

                Respectfully submitted,

                Plaintiff's Counsel

                /s/ Jeremy S. Ament
                David R. Matthews
                Jeremy S. Ament
                MATTHEWS, CAMPBELL, RHOADS,
                McCLURE & THOMPSON, P.A.
                119 South Second Street
                Rogers, AR  72756-4525

       Defendants' Counsel:

   By: <u>s/s James R. Estes</u>
     James R. Estes BIN2000094
     COX, COX & ESTES, PLLC
     P. O. Box 878
     Fayetteville, AR 72702
     479-251-7900
     jestes@coxfirm.com


### CERTIFICATE OF SERVICE

 I hereby certify that on August 29, 2012, I electronically filed this pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:


James R. Estes
Cox, Cox & Estes, PLLC
P. O. Box 878
Fayetteville, Arkansas 72702
(479) 251-7900
(479) 251-7910
jestes@coxfirm.com


     <u>/s/ Jeremy S. Ament</u>
     David R. Matthews
     Jeremy S. Ament
     MATTHEWS, CAMPBELL, RHOADS,
     McCLURE & THOMPSON, P.A.
     119 South Second Street
     Rogers, AR  72756-4525