IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ALLISON KEAY**             **PLAINTIFF**

vs.        NO.  12-5031

**CHAD PASCHALL, MD.;**
**MEDICAL ASSOCIATES OF NORTHWEST**
**ARKANSAS, P.A. d/b/a FAYETTEVILLE DIAGNOSTIC**
**CLINIC, LTD.; and NORTH HILLS GASTROENTEROLOGY**
**ENDOSCOPY CENTER, INC.**        **DEFENDANTS**

CLERK'S ORDER OF DISMISSAL

The parties hereto having filed a stipulation for dismissal pursuant to Rule 41(a), Fed.R.Civ.P.   IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without prejudice.

Dated: August 30, 2012

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

BY:  /s/ S. Cummings
Deputy Clerk